UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ALLEGRO MICROSYSTEMS, LLC** )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>**NIMESH PATEL** )<br>Defendant, )<br> ) | Civil Action No 4:16-cv-40113-DHH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come Plaintiff Allegro Microsystems, LLC and Defendant Nimesh Patel, who stipulate to the dismissal of this matter with prejudice, without costs or appeal, and with each party to bear its/his own attorneys' fees.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Allegro Microsystems, LLC, Plaintiff<br>By its attorneys, | Nimesh Patel, Defendant<br>By his attorneys, |
| /s/ Robert S. White<br>Robert S. White, BBO#552229<br>BourgeoisWhite, LLP<br>One West Boylston Street, Suite 307<br>Worcester, MA 01605<br>Telephone: (508) 753-7038<br>Fax: (508) 756-1613<br>rsw@bw.legal | /s/ Stephen G. Doucette<br>Stephen G. Doucette, BBO#132150<br>Doucette & LaRose, LLC<br>251 Main Street<br>Oxford, MA 01540<br>Telephone: (508) 987-9944<br>Fax: (508) 519-2694<br>steve@dandllaw.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants (none) as of June 20 , 2017.

                                            /s/ Robert S. White\
                                            Robert S.White